**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 24, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00003-CV

---

### IN RE FH PARTNERS, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-60397**

---

## MEMORANDUM OPINION

On January 5, 2015, relator FH Partners, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Michael Landrum, presiding judge of the 113th District Court of Harris County, to vacate certain portions of an order concerning the scope of issues to be retried after a partial remand of the case to the trial court following appeal to this court.

Relator has not satisfied its burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.